AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)    Case No.   8:26MJ259<br>)<br>) |
| Peter Lam | )<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 2025 to present___ in the county of ___Douglas___ in the _____ District of ___Nebraska___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jared White, DEA Special Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __6/15/2026_____

_____
*Judge's signature*

City and state:     Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
_____
*Printed name and title*

Jared White, a Special Agent (SA) with the United States Drug Enforcement

Administration (DEA), being duly sworn, deposes and states:

1. I am authorized by the DEA as a Special Agent with authority to conduct investigations and arrests pursuant to violations of Title 21 and Title 18 of the United States Code (U.S.C.).

2. I am presently employed by the DEA as a Special Agent and have been so employed since December of 2025. During the course of my employment with the DEA, I have attended and graduated from the DEA Academy in Quantico, Virginia.  My training included specialized drug trafficking investigative matters, including smuggling, controlled substance identification, physical and electronic surveillance, confidential source management, undercover operations, cyber and dark web investigations, and the investigation of individuals and organizations involved in the smuggling, cultivation, manufacturing, and trafficking of controlled substances.

3. During my employment as a Special Agent, I have been involved in investigations involving the illicit trafficking and distribution of controlled substances as well as the illegal sale of controlled substances on the dark web. I have had multiple conversations with other agents that have more experience and familiarity with various elements involved in a drug investigation.

4. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation and through conversations with investigators with the DEA and other law enforcement officers.

### Background of Investigation

5. On July 31, 2024, the DEA and the United States Postal Inspection Service (USPIS) initiated an investigation into the drug trafficking activities of Darknet Market (DNM) Vendor DADDYBIDEN. Investigators observed DADDYBIDEN operating on ABACUS MARKET, which was known by your affiant through conversations with other investigators to be an active DNM at the time of the case initiation. During DADDYBIDEN's time on ABACUS MARKET they made approximately 4,600 sales, shown on the vendor's page. DADDYBIDEN advertised the sale of "Pressed Adderall", "MDMA Champagne Dutch Imported Ecstasy/Molly", and "E341 10MG IR Real Pharma Adderall".

6. Investigators carried out multiple controlled purchases from DADDYBIDEN on the Abacus Market and the Torzon Market (a separate DNM) that resulted in over 3,000 grams of counterfeit Adderall pills mailed from California to Omaha, Nebraska. This group is sending packages through various portions of the United States.

7. The investigation involved financial analysis, controlled package investigations, laboratory analysis, and corroborating evidence gathered through law enforcement surveillance and investigative techniques. Evidence collected throughout the investigation demonstrated that Peter LAM, knowingly participated in the distribution of methamphetamine and profited from the trafficking of this controlled substance. There is probable cause that LAM violated federal criminal law to wit: § 846 for conspiring to distribute and possess with intent to distribute a controlled substance.

**Probable Cause**

8. On March 23, 2026, DEA and USPS investigators began surveillance at 9111 Rosanna Ave, Garden Grove, California 92841. This address was listed on Trong Xuan TRAN's California driver's license as of August 2023, who has been identified by DEA and USPS as being a member of the DADDYBIDEN drug trafficking organization (DTO). Investigators saw TRAN get into his vehicle and drive to 11551 Morgan Lane, Garden Grove, California 92840. Investigators observed TRAN with white and black trash bags near the trunk of his vehicle parked on the driveway of 11551 Morgan Lane, Garden Grove, California 92840. The white bag appeared to contain USPS boxes. Investigators then observed TRAN drive to the Garden Grove Post Office. TRAN walked into the post office and logged two boxes to be shipped using the SSK. This individual then left the post office and drove around to the back. This individual dumped multiple garbage bags of boxes at the back dock. Investigators isolated one of the boxes with tracking number ending in 8826 dropped off by TRAN at the SSK. The box was bound for Lake Geneva, WI. Investigators executed search warrant Case No. 8:26-mj-00191-DUTY, which was signed in the Central District of California for this box and located approximately 2,162g Adderall pills (image shown below at the end of the paragraph). The address TRAN picked the boxes up from is Peter LAM's residence, 11551 Morgan Lane, Garden Grove, California 92840, confirmed via open source databases and his California driver's license

as of October 2025.



9. On May 20, 2026, investigators conducted a controlled purchase from DADDYBIDEN on Torzon Market. Investigators navigated to the Torzon Market listing for "($0.70) 1000 B974 ADDERALL PRESS" on DADDYBIDEN's vendor page. An order for the listing was placed. Investigators provided DADDYBIDEN with an undercover address located in Omaha, Nebraska, for the order to be shipped to. On May 21, 2026, investigators checked the status of the undercover purchase and the order status showed the package was shipped. That same day, DEA Orange County District Office (OCDO) investigators established surveillance at TRAN's residence at 9111 Rosanna Ave, Garden Grove, California 92841. At approximately 2:00 p.m., investigators observed TRAN depart his residence. Investigators followed TRAN to 11551 Morgan Lane, Garden Grove, California 92840. Investigators observed TRAN prop open the trunk and doors of his vehicle and place what appeared to be weighted plastic garbage bags into the vehicle.

Investigators followed the vehicle without making any stops, to the Garden Grove Post Office, 10441 Stanford Avenue, Garden Grove, California. Investigators observed TRAN remove two plastic garbage bags from the vehicle and dump approximately 100 packages into a cart on the dock at the rear of the Post Office. Investigators also observed TRAN enter the Post Office with one plastic garbage bag. Investigators observed TRAN with three brown cardboard boxes at a SSK inside the Garden Grove post office. After TRAN left the post office, investigators isolated the cart and seized USPS Parcel ending in 0161 addressed to the undercover address provided by investigators located in Omaha, NE. Investigators opened the parcel with DEA's consent. Upon opening, investigators located approximately 460.7 g of counterfeit Adderall pills consistent with what was ordered from DADDYBIDEN. Lab reports confirmed the seized counterfeit Adderall pills to be a mixture containing methamphetamine.

10. On March 31, 2026, USPI investigators provided DEA with data obtained from Apple regarding iCloud data of a known member of the DADDYBIDEN DTO. Investigators observed a conversation between this known DADDYBIDEN DTO individual and phone number 714-579-5858 (5858). 5858 was saved in the contacts as Peter (barber pole emoji). Investigators believe 5858 is a phone number used by LAM based on open source data obtained from CLEAR. Precision Location Information of phone number 5858 (obtained via federal warrant signed by United States Magistrate Michael Nelson of the U.S. District of Nebraska) pinged in the vicinity of LAM's residence at 11551 Morgan Lane, Garden Grove, California 92840, as recently as June 2, 2026, with an uncertainty of 172 meters, giving further evidence of this number being LAM's phone. The conversation saved between the two was between September 30, 2025, and March 6,

2026, and several message exchanges were consistent with drug trafficking. There were several conversations of this individual asking for payment from 5858. There were multiple conversations of jobs, orders, and bags that were needed to be picked up. During one conversation, 5858 said that he would "have it all pack up" for this individual, making it clear that 5858 was responsible for the controlled substance getting packaged for the DADDYBIDEN DTO. Many times during the conversations, 5858 was asking this individual for more boxes. The DADDYBIDEN DTO has been packaging controlled substances up and sending them in the mail using USPS priority mail boxes. Another individual has also been observed picking up bags filled with boxes containing controlled substances from LAM's residence. During one of the conversations 5858 also mentioned Signal. Based on conversations with other investigators, Signal is used as an encrypted platform for messages by criminals to evade law enforcement.

11. On March 13, 2026, USPI investigators provided DEA with data obtained from Google for the same known member of the DADDYBIDEN DTO. Investigators observed several screenshots of a signal conversation with "Tripz 3000". During one of the conversations, this individual was asking "Tripz 3000" about payment if his friend were to start working for "Tripz 3000". The screenshot was taken on January 16, 2026. Another screenshot was a conversation with "Tripz 3000" telling this individual that his friend had forgotten a "big". Investigators believe the term "big" is used by LAM and other members of the DADDYBIDEN DTO to refer to larger USPS mail boxes. During surveillance, investigators saw members of the DADDYBIDEN DTO with garbage bags of boxes and a few individual larger boxes. Investigators believe the term "bags/smalls" is used by members of the DADDYBIDEN DTO to refer to the boxes in garbage bags. A third

screenshot showed a conversation where this individual was telling "Tripz 3000" that his friend was concerned about not yet getting paid. Based on the content of the signal chat and the similarity to the iCloud information of this individual, investigators believe "Tripz 3000" to be LAM.

12. On April 1, 2026, DEA received information from USPI investigators regarding the USPS business records associated with 11551 Morgan Lane, Garden Grove, CA 92840. The records show that an account under LAM's name using his address and e-mail address had ordered 1,200 USPS priority mail flat rate boxes. These are the same boxes used by the DADDYBIDEN DTO to ship their packages.

13. On May 27, 2026, DEA received information from Apple regarding the first mentioned DADDYBIDEN DTO member's iCloud data. Investigators reviewed the data and observed multiple message exchanges consistent with drug trafficking. In multiple messages, other members of the DADDYBIDEN DTO were messaging about picking up boxes and bags from LAM. During one conversation in particular on January 27, 2026, one individual said he was, "Headed to peter rn". The other individual responded with "Just ring the bell" and "They know". On the same date, after some time had passed, the first individual sent a confirmation to the other saying, "Done deal" and "2 bags 2 bigs". One DADDYBIDEN DTO member also mentioned about getting paid from LAM. In one such conversation on February 14, 2026, the first known DADDYBIDEN DTO member sent a message to the other saying "Lmk if i can pull up to peters". The other known DADDYBIDEN DTO member responded with "For packages?". The first member then ended the conversation with "For the payout lol". One member exchanged LAM's phone number and address and told the other member to go to telegram. There was one message

between other members of the DADDYBIDEN DTO that mentioned LAM was running that week and did not need them. The first DADDYBIDEN DTO member asked the other, "Any update for today?". The other DADDYBIDEN DTO member responded with, "No reply, don't work until next week. Peter is going to run them this week for free and you will get this week added to next payday." and "I told them ur not going to work until u get paid out February". Investigators believe running is how the DADDYBIDEN DTO members refer to bringing packages to the post office and shipping them out. These other members of the DADDYBIDEN DTO act as transporters, indicating that LAM has also transported controlled substances as well.

14. On June 15, 2026, DEA and USPS investigators executed a search warrant on 11551 Morgan Lane, Garden Grove, California 92840. LAM was asked by investigators if there was anybody else in the house that DEA should be made aware of. LAM said that there was just the drugs in his room, no guns. Upon searching LAM's bedroom, multiple boxes of orange pills were discovered that were consistent with what has been advertised by DADDYBIDEN on his ABACUS DNM vendor page. The pills were also consistent with the pills seized on March 21, 2026, that contained a mixture of methamphetamine. Agents also found approximately 11.3 kilograms of methamphetamine.  A field test was conducted with a positive result for methamphetamine. Also found in LAM's room were multiple bottles of pills, a storage container with various pills, packaging material, suspected MDMA, suspected cocaine, other various powders, and drug related paraphernalia.

15. There is probable cause to believe that Peter LAM and other identified coconspirators have violated federal law, to wit: 21 U.S.C. § 846 for conspiracy to distribute and possess

with intent to distribute a controlled substance (methamphetamine) from December of 2025 to present. This DTO of which Peter LAM is a member is shipping packages containing controlled substances to, but not limited to, the district of Nebraska. Affiant also requests that an arrest warrant be issued.

16. Your affiant requests that this complaint, including the affidavit and warrant, be sealed until further order of the court to avoid notifying the defendant and other targets of the investigation.

The affiant states the above statements are true and correct to the best of his knowledge, information, and belief.

Jared White

_____

Special Agent, Drug Enforcement Administration

Sworn to before me by telephone or other reliable electronic means:

Date:  June 15, 2026

City and State: Omaha, Nebraska

_____

Ryan C. Carson, U.S. Magistrate Judge